# In the United States Court of Federal Claims

```
* * * * * * * * * * * * * * * * *
                                 *
                                 *
THE ROCKHILL GROUP, INC.,        *
                                 *
                                 *
           Plaintiff,            *
                                 *   No. 21-1233C
       v.                        *   Filed: September 18, 2024
                                 *
UNITED STATES,                   *
                                 *
                                 *
           Defendant.            *
                                 *
* * * * * * * * * * * * * * * * *
```

# O R D E R

On September 5, 2024, plaintiff filed a Motion to Compel, requesting the court to

> issue an order compelling the United States to: (1) promptly produce an unredacted version [sic] the Moisant Spreadsheet containing an unredacted Line 131; (2) Promptly produce a version of the Moisant Spreadsheet containing an unredacted Line 132; (3) Promptly produce an unredacted version of the Branstetter email upon which Line 131 and 132 is based; and (4) Authorize Rockhill to depose Moisant regarding Line 131 and line 132 and her communications related to those items.

(alteration added).

On or before **Friday, September 20, 2024**, defendant shall submit to the court, for in-camera review, a legible copy of (1) the Moisant Spreadsheet containing an unredacted Line 131, (2) the Moisant Spreadsheet containing an unredacted Line 132, and (3) the Branstetter email upon which Line 131 and 132 is based. Defendant's submission shall not be filed on CM/ECF.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**